IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


SHIRLEY J. DRAYTON                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:01CV265-WHB-AGN

NOVARTIS CONSUMER HEALTH, INC., ET AL.                          DEFENDANT


**<u>FINAL JUDGMENT</u>**


In accordance with the Stipulation of Dismissal executed by the parties on January 19, 2006, this cause is hereby finally dismissed with prejudice.

SO ORDERED this the 25th day of January, 2006.


<u>s/ William H. Barbour, Jr.</u>
UNITED STATES DISTRICT JUDGE

tct